**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 16, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01114-CV

## IN RE RICHARD MANCUSO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR74132**

## MEMORANDUM OPINION

On December 17, 2013, relator Richard Mancuso filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kimberly Sullivan, presiding judge of the Probate Court of Galveston County, to remove certain real property from the estate inventory, and that "no action be taken

to alienate those homestead rights by a forced abandonment by evicting Relator from his own home."

Relator has not established his entitlement to the extraordinary remedy of mandamus. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices McCally, Busby, and Donovan.

2